# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

J. H. H.

                                                         Plaintiff,

v.
                                                                Case No.: 1:24−cv−11083

                                                                Honorable Thomas M. Durkin

The Individuals, Partnerships and Unincorporated Associations Identified on Schedule A

                                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 12, 2024:

      MINUTE entry before the Honorable Thomas M. Durkin: Ex parte telephone conference held on 11/12/2024. Transcript is to remain sealed. The motion for entry of a Temporary Restraining Order [13] is denied without prejudice. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.