UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO

CASE NO.: 1:24-cv-11083

JONNA HYTTINEN,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 5

Plaintiff JONNA HANNELE HYTTINEN, by and through her undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action **with prejudice** as against Craftday (Defendant No. 5 on Schedule "A").

Dated: January 22, 2025        Respectfully submitted,

        */s/ Joel B. Rothman*
        JOEL B. ROTHMAN
        Florida Bar Number: 98220
        joel@sriplaw.com
        J. CAMPBELL MILLER
        Illinois Bar Number: 6345233
        campbell.miller@sriplaw.com
        RACHEL KAMINETZKY
        New York Bar Number: 6030647
        Rachel.kaminetzky@sriplaw.com

        **SRIPLAW, P.A.**
        231 S. Rangeline Road
        Carmel, IN 46032
        561.404.4350 – Telephone
        561.404.4353 – Facsimile

*Counsel for Plaintiff Jonna Hyttinen*