


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

JONNA HYTTINEN,

                             Plaintiff                          **Case No.** 24-cv-11083

v.                                                         **Judge** Thomas M. Durkin

Aimed2                                       **Magistrate Judge** Keri L. Holleb Hotaling

                             Defendants.

## Motion to Vacate Default Judgment

## and Remove the Defendant from the Case

I, aimed2, Defendant No. 24 in Civil Case No. 2024-cv-11083, titled "Jonna Hyttinen v. The Individuals, Partnerships, and Unincorporated Associations Identified in Schedule 'A'", respectfully submit this request to the honorable court for the removal of my name from this case and the annulment of the default judgment issued against me, based on the attached evidence proving that I have not committed any illegal act or caused any material or moral harm to the plaintiff.

A default judgment was issued against me in this case due to my failure to submit a defense in a timely manner. I respectfully request that your honor cancel this default judgment for the following reasons:

•    I was not actually aware of the proceedings at that time.  I was notified via a full email account., so I did not receive the notice properly or in a timely manner. My absence from the proceedings or failure to submit an answer was not due to willful disregard on my part, but rather because the judicial notification did not reach me correctly or because I reside outside the United States, which poses communication difficulties. Once I became aware of the case and the judgment, I immediately took the necessary steps to defend myself and submit this request.

•    As I explained above, I have a defense based on facts and evidence that shows I am not responsible for the allegations in the lawsuit. Therefore, allowing the default judgment to stand would prevent justice from being served, as an innocent person would be punished without any proof of wrongdoing. If the judgment is canceled, I will be able to present my defenses and prove my innocence.

- Canceling the default judgment against me will not cause any actual harm to the plaintiff but will allow the case to be examined objectively and fairly. The plaintiff can still pursue their claim against the parties who may indeed be responsible.

Based on the above, the legal conditions for canceling the default judgment are met in my case; I did not willfully fail to appear, I have a valid defense, and canceling the judgment will not harm the plaintiff's rights. Therefore, I respectfully request that your honor approve the cancellation of the default judgment issued against me and allow me to defend myself and I sincerely hope that the plaintiff voluntarily removes my name from this lawsuit and believes that I have not caused any harm to her trademark or rights.

My name was included in this lawsuit despite the fact that I have never engaged in any actions that harmed the plaintiff or violated her rights, nor have I earned any profits or financial benefits from Redbubble. I had no intention of infringing on the plaintiff's rights, and I was unaware of any alleged violation during my brief period of use of the platform.

Moreover, I have never used the mentioned design in any way that could generate profit for me or cause financial harm to the plaintiff. Additionally, I have not been active on this platform for a long time and have not generated any revenue from it. My PayPal account records clearly show that all my income originates solely from where I work as a freelancer (a legal freelance platform), not from Redbubble or any entity related to this lawsuit.

I assure this honorable court that I have never attempted to exploit any of the plaintiff's work or cause her harm in any way, nor do I have any future intention of doing so. The unjust inclusion of my name in this lawsuit has caused me significant distress, even though I have not been involved in any illegal activity. Since the mentioned platform was never a source of income for me, and I have not used it in a long time.

Furthermore, I never intended to cause any harm to the plaintiff. The mistake I made in 2022 was purely unintentional, as there were no copyright claims on the design at that time. I ceased working on that platform long ago, and I have had no further involvement with it.

If I had intended to benefit from the plaintiff's work or infringe on their rights, I would have made profits from that platform. However, the reality is that I did not generate any revenue from it and ceased working on it entirely.

## No Profits Earned from Redbubble Platform

1. No Earnings from Redbubble

· I categorically affirm that I have never earned any revenue or financial gain from Redbubble.

· While my name may have appeared as a user on the platform, I never sold any product or design through it.

·   I have never received any payments or financial transactions from Redbubble or any related entity involved in this case.

·   Any claim that I have financially benefited from the alleged activities is false and baseless.

**According to 17 U.S.C. § 504(a),** monetary damages cannot be awarded unless it is proven that the defendant has gained unlawful profits as a result of copyright infringement.

The defendant **affirms that they have not earned any revenue or profits from Redbubble** and have not sold any designs on the platform.

2.   The Design Was Published Before the Plaintiff's Copyright Registration

·   In 2022, I uploaded a design to Redbubble, which was before the plaintiff registered their copyright in 2023.

·   According to intellectual property laws, copyright protections do not apply retroactively. This means that my publication of the design in 2022 was entirely legal and did not infringe any intellectual property rights at that time.

·   At the time of my design's publication, the plaintiff had no legal rights over it. Therefore, their claim that I infringed their rights has no legal basis.

3.   No Financial Gains from Redbubble

·   Since 2022, I have not been active on Redbubble and have not earned any financial income from it.

·   All of my income deposited into my PayPal account originates from where I work as a freelancer. My earnings have no connection to the claims in this case.

·   Attached to this request are PayPal statements proving that all financial transactions I received during the relevant period came exclusively from where I work as a freelancer, with no income from Redbubble.

4.   No Intent to Infringe on the Plaintiff's Rights

·   When I published the design in 2022, I had no knowledge that the plaintiff would later register copyrights for it.

·   I had no malicious intent nor any deliberate attempt to infringe on any rights, nor did I seek to profit from the plaintiff's work or harm them in any way.

●   **According to 17 U.S.C. § 504(c),** the plaintiff must provide evidence of actual harm suffered as a result of the alleged infringement.

## Submitted Evidence (PayPal Statements linked to Redbubble account)

1.    Supporting Evidence (PayPal Account Statements)

I am attaching copies of my PayPal account statements, which clearly demonstrate that all payments received in my account were from where I work as a freelancer (a legal freelance platform) and not from any source related to Redbubble.

These statements cover the entire relevant period and show that no transactions or payments were received from Redbubble or any other party the plaintiff claims I unlawfully dealt with.

For example:

All my earnings during the period in question were from independent freelance work, not from selling any products on Redbubble.

This financial evidence supports my assertion that I did not make any profits from the alleged activities in this case

As shown in the attached pictures, the **PayPal statements linked to Redbubble from August 2023 to March 2025** confirm that I **have not received any payments from the Redbubble website**.

- **According to 17 U.S.C. § 504(b),** there must be tangible proof of profits gained from the alleged infringement.
- In this case, **no such evidence exists** because I have not earned any income from the design.



## Official Requests from the Court

According to **17 U.S.C. § 504**, no one can be held liable for copyright infringement unless there is evidence of **direct profit gained from the infringement**. Therefore, I respectfully submit the following requests to the honorable court:

### 1. Removal of My Name from the List of Defendants in the Case

- There is no legal evidence proving that I committed any violation related to the case.
- I have not made any profit or financial gain from Redbubble or from the disputed design.

### 2. Dismissal of the Default Judgment Against Me

- I was unaware of this lawsuit and did not have the opportunity to present my defense in a timely manner.
- I was not properly or officially notified according to the required legal procedures.
- The default judgment has caused me unnecessary harm despite my lack of involvement in any infringement.

### 3. Immediate Release of Any Frozen Funds in My PayPal Account

- All funds deposited in my PayPal account originated from my legitimate freelance work and are unrelated to this case.
- There is no evidence that these funds were obtained through any infringement of the plaintiff's rights.
- The freezing of my funds has caused me significant financial damage

### 4. Rejection of Any Financial Claims or Penalties Against Me

- I did not commit any violation, nor did I make any profit from the disputed design.
- The plaintiff has not suffered any harm as a result of my actions, as I did not use the design after their copyright registration, nor did I earn from it.
- Any financial claims against me would be unjustified.

Granting me any other measures that the court deems fair and just to achieve justice in this case.

Sincerely,
Defendant **aimed2**
Date: **17/03/2025**

*aimed2*