UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Jonna Hyttinen

                                                Plaintiff,

v.                                                Case No.: 1:24−cv−11083

                                               Honorable Thomas M. Durkin

The Individuals, Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2025:

    MINUTE entry before the Honorable Thomas M. Durkin: Given the satisfaction of judgment against aimed2 (Defendant No. 24), the motion to vacate the default judgment and remove the defendant from the case [58] is denied as moot. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.